**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HARKISHAN PAREKH, derivatively<br>on behalf of CENTENE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL F. NEIDORFF, et al.,<br><br>Defendants,<br><br>and<br><br>CENTENE CORPORATION,<br><br>Nominal Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:18-CV-00113 NAB |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. Laura Wood ("Wood") and the Peoria Police Pension Fund (the "Fund") are plaintiffs in another shareholder derivative action brought on behalf of Nominal Defendant Centene Corporation, which is currently pending before District Judge Catherine D. Perry of this district, and which is docketed as Case Number 4:18-CV-00393-CDP. On March 9, 2018, Wood and the Fund filed a Motion to Consolidate Cases with Higher Case Number 4:18-cv-00393 [Doc. 4], pursuant to which they entered their appearance as plaintiffs in this action. However, Wood and the Fund are not parties to this cause of action, and properly appear before us as movants, not as plaintiffs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to strike Wood and the Fund as plaintiffs in this action and enter them as movants.

Dated this 27th day of March, 2018.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE