UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HARKISHAN PAREKH, LAURA WOOD, and PEORIA POLICE PENSION FUND, derivatively, on behalf of Centene Corporation, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 4:18 CV 113 CDP<br>) |
| MICHAEL F. NEIDORFF, et al., | )<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| CENTENE CORPORATION, | )<br>) |
| Nominal Defendant. | ) |

## MEMORANDUM AND ORDER

Upon consideration of the parties' non-opposing positions on movants Carpenters Pension Fund of Illinois and Iron Workers Local 11 Pension Fund's motion to consolidate *Carpenters Pension Fund of Illinois, et al. v. Neidorff, et al.*, Case No. 4:18CV2085 RLW, with this action, I agree that the matters should be consolidated and will grant the motion. I have also considered the parties' positions regarding movants' request to amend the scheduling order regarding the appointment of lead plaintiff and lead counsel in this case and conclude that Carpenters Pension Fund of Illinois and Iron Workers Local 11 Pension Fund

should be included in the ordered discussions and possible motion practice as set out in my scheduling order entered December 13, 2018 (ECF 29). I will therefore grant this request as well. I will extend the deadline by which all counsel are to meet and confer from January 11 to January 16, but will not extend any other deadline set out in that order.

Accordingly,

**IT IS HEREBY ORDERED** that Carpenters Pension Fund of Illinois and Iron Workers Local 11 Pension Fund's Motion to Consolidate and Amend Scheduling Order [30] is granted in all respects.

**IT IS FURTHER ORDERED** that *Carpenters Pension Fund of Illinois, et al. v. Neidorff, et al.*, Case No. 4:18CV2085 RLW, is consolidated into this action for all purposes. **All further filings shall be filed in Case No. 4:18CV113 CDP only.** The Clerk of Court is directed to administratively close Case No. 4:18CV2085 RLW after docketing a copy of this Order in that case.

**IT IS FURTHER ORDERED** that the Order Setting Pleading and Motion Schedule (ECF 29) is amended to specifically include and apply in all respects to counsel for plaintiffs Carpenters Pension Fund of Illinois and Iron Workers Local 11 Pension Fund. Competing plaintiffs' counsel are granted to **January 16, 2019**, by which to meet and confer and attempt to resolve their competing claims to be lead plaintiff and lead counsel. In all other respects, the schedule, conditions, and

deadlines set out in the Order Setting Pleading and Motion Schedule remain in full force and effect.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2019.