UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS PENSION FUND OF ILLINOIS, et al., derivatively and on behalf of the nominal defendant Centene Corporation, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 4:18 CV 113 CDP<br>) |
| MICHAEL F. NEIDORFF, et al., | )<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| CENTENE CORPORATION, | )<br>) |
| Nominal Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this date, and Fed. R. Civ. P. 58(a),

**IT IS HEREBY ORDERED** that this derivative shareholder action is dismissed with prejudice for plaintiffs' failure to seek pre-suit demand on Centene Corporation's board of directors, as required by law.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of September, 2020.